**DISMISS; and Opinion Filed July 10, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01266-CV

### TRI-STAR DIVERSIFIED, INC., Appellant
### V.
### MICHAEL ARNOLD & ARNOLD STONE, INC., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13679**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Whitehill

The clerk's record in this case is overdue. By letter dated January 5, 2015, we informed appellant that the Dallas County District Clerk notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record. We cautioned appellant that if the required documentation was not filed within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


           /Bill Whitehill/
           BILL WHITEHILL
           JUSTICE


141266F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TRI-STAR DIVERSIFIED, INC., Appellant

No. 05-14-01266-CV      V.

MICHAEL ARNOLD & ARNOLD
STONE, INC., Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-13679.
Opinion delivered by Justice Whitehill.
Justices Francis and Lang-Miers
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees MICHAEL ARNOLD & ARNOLD STONE, INC. recover their costs of this appeal from appellant TRI-STAR DIVERSIFIED, INC.

Judgment entered this 10th day of July, 2015.